FILED
CHARLOTTE, NC

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

OCT 27 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

Adisah Lacy AL-Hanif El
)
)
)
)
)
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 5:25-cv-180-MR
*(to be filled in by the Clerk's Office)*

-v-

RONNIE HUNEYCUTT/ HENRY S. NORDAN/ FARRISH N. WILLIAM/
JENNETT M. ROBINSON/ NICHOLAS J. KEEGAN/ WAKENDA GROVE/
DAVID J. SAULS/ ALEXIS M. FERGUSON/ MICHAEL D. THOMPSON/
JULIE J. WHITLEY/ ANGELA M. DELLARIPA/ SCULLEY/
MONICA BOYD/ AMY S. JACOBS/ CAMILLA D. PRATT/
SCOTT RADOSEVIC/ FAUSTINA F. BROWN/ QUINN,

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Adisah Lacy Al-Hanif El / Frederick F. Bennett Jr.
All other names by which you have been known: Legal Name Change since 9-27-1988 A.D. 8 N.C.G.S. 101.5 Court Order
ID Number: B 256126 & 2086 40H / 0028242
Current Institution: NC DAC 4870 - Alexander Correctional Institution
Address: 633 Old Land Fill Road
Taylorsville, North Carolina, [28681]
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
  1                 2                 3
Name: Sculley / Quinn / Ronnie Huneycutt
Job or Title (if known): Unit Manager / Unit Manager / Warden
Shield Number:
Employer: NC DAC Prisons
Address: 633 Old Land Fill Road
Taylorsville, North Carolina, [28681]
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

**Defendant No. 2**
  4                 5
Name: FARRISH WILLIAM N. / CAMILLA D. PRATT
Job or Title (if known): Unit Custody Staff / OIC Shift Commander
Shield Number: /
Employer: NC DAC Prisons / NC DAC PRISONS
Address: /
Bodin / NORTH CAROLINA, [27371-8321]
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

Defendant No. 3
Name: ⑥ ⑦ ⑧ NORDAN S. HENRY / ALEXIS M. FERGUSON / AMYS JACOBS
Job or Title (if known):
Shield Number:
Employer: NC DAC PRISONS
Address: 272 GLEN ROAD
Troy, NORTH CAROLINA, [27371-8321]
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

Defendant No. 4
Name: ⑨ ⑩ ⑪ SCOTT RADOSEVIC / MONICA BOND / JEANETTE M. ROBINSON
Job or Title (if known):
Shield Number: R3A10
Employer: NC DAC PRISONS  4580-ALBEMARLE C.I.
Address: 44150 AIRPORT ROAD
NEW LONDON, NORTH CAROLINA, [28127]
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Slander defamation of character, Failure to recognize legal Name, discrimination of age, denationality of national origin, retaliation, brutality, harassment, denial of language access, segregation, religions, disability, and the destruction of personal property as well.

My civil Rights that which are Unalienable rights, freedom from cruel punishment.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Just my Civil Rights with gross prejudice of age, color, disability, injury and damage especially detriment to my legal rights of hostility directed outright against me in discrimination and well deliberate indifferences.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Due to the Nature of quads within my claim all the Names(s) mention within did me wrong in the matter of harm due to negligence I suffered at each Facility depriving me of rights as well in violation of there very own policy and Procedures of the Div and Dois conduct in All matters of discrimination and violation of my civil rights still ongoing.

# Attachment

## IV. STATEMENT OF CLAIM

All defendant(s) have conspiracy to inhibit rights of Religious Freedom and access to the courts thus so denied Claimant at law right as an Indigenous Aboriginal of the land to exercise of his religion and access to the Court when they used prison disciplinary to interfere and inhibit Claimant at law from practicing his religion by confiscating and classifying his MHTOSW Islamic belief's, principles with that of Security Risk Group (SRG) so called mention sovereign citizen, and subsequently inhibit his ability to learn the law and go to Court by confiscation of his legal material related to the search alleged in the false disciplinary reports.

Whereby all defendant(s) actions constituted a conspiracy to aid and abet one another in racial and religious known discrimination of Claimant at law when confiscating his religious and legal material(s) under false pretense of it being affiliated with the SRG sovereign citizen without a legitimate government penology interest and never returned wrongfully confiscated property of Claimant at law or provided adequate Post-deprivation remedy. As Claimant is not a gang member nor a sovereign citizen based on the North Carolina State Constitution under Article I Sec. Sketch marked Tier never page 5 of 16 such never.

C. What date and approximate time did the events giving rise to your claim(s) occur?

All dates are noted in file grievance within means to all my claims in regard to violation of there very own policys and procedures as well to all my unalienable rights and the misconduct and treatment in general to my being base solely on my age, color, race, national origin, religion, disability, retaliation, brutality, harassment and denial of language access plus segregation since my arrival and still on going as well indeed.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

First of all I was deprived of my medical foot wear was taken away from me that which was approved by the Medical Utilization Review Board as duly noted on HS 51 screen print out and DC-470 to have in possession, due to my medical condition as authorize fact of the manner I've had at all of those facility's before coming to this one on the date of 2-26-2025 A.D. for it is all on record accordingly to documents as mention above for record with NC DAC prison being placed in the shower stripped and ridiculing manner thus forced to urinate and defecate also in the shower or physical placement for many hours of human debasement is common practice at this facility.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

That would all be in the manner of psychological impact seriously to the standard of physical and mental as well emotional trauma along with sever mental anguish in regard to ad busive and mistreatment of human beings in general, never damage of the left wrist on the date of 1-27-2025 A.D. which I'm still suffer from the very difficult and painful unpleasant experience that has cause me not only physical pain and trauma, thus as well the mental and psychological impact and the serious injury to sever nerves damage in the event of the physical injury to my left wrist which is still on going and more so for a long time medical indeed.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

With sever dis regard to proper treatment of human being these dates of dehumanizing unusual punishment in violation to their very own policy and procedures and mistreatment to me as ADA I hereby request compensatory damages in the sum of $15,000.00 dollars and in the means of punitive damages the sum of $5,000.00 dollars. Within the means too the lack and gross negligence of all Defendant(s) as I was subject to both loss and pain and suffering seek damages as compensatory in the amount of $5,000.00 thousand dollars, as for punitive damage in the amount of $5,000.00 dollars for which claimant has met his burden of proving that Defendant(s) employees were negligent in failing in staff conduct that of Organization and Personal Conduct for General Ethical Standards with integrity.

# Attachment

## VI. Relief

## PRAYER FOR RELIEF

Wherefor, Claimant respectfully prays that this Court enter judgment granting Claimant in this claim:

1. A declaration that the acts and omissions described herein violated Claimant's Rights under the Constitution and laws of the United States.

2. A declaration that defendants Radosevic Scott violated Claimants right to free exercise of his religion under state law, the Religious Land and Institutionalized Persons Act (RLUIPA), and the 1st Amendment to the U.S Constitution when he used prison disciplinary Procedures to interfere and inhibit Claimant from practicing his religion faith by confiscating and classifying his M.S.T.A. ISLAMIC belief, principles and material with that of a Security Risk Group called sovereign citizen.

3. A declaration that defendant Radosevic Scott violated Claimant's right to due process and access to the courts under prison policy, state law, 1st, 6th, and 14th Amendments to the U.S. Constitution when he confiscated Claimants legal material using the

# Attachment

## VI. Relief

consistent to security risk group material from the sovereign citizen inhibiting him to learn the law and go to court, in voilation of Claimant right under state law being held or labed a false status of and associate sovereign individual without evidence.

4. Base on the burden of ostracize with family and friends on going now since 2020 A.D. and the violation of the Standard Minimum Rules for the Treatment of Prisoners (the Nelson Mandela Rules) Rules 61: (1) (2) (3)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Accordingly all took place at these Facility's NC DAC Prisons 4870-ALEX/3600-SCI/4580-ACI of confinement Albemarle, Southern, Alexander. and 3400-CCI Maury NorthCardin Eastern.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Disregard to there very own SOP and Policy and Procedures As the State has Changed there Corporation NAME ¢ Logo three time from NCDOC, DPS, NCDAC. Lack of Slander and the Acknowledgement of my legal Changed Name after #37 years.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? At each of these Facility's as mention in close with this package submitted to the court of law. all claim(s) for each every one of place of confinement all are within this package

2. What did you claim in your grievance? The violation's of there very own policy and Procedures in general and this discrimination of my rights as to the misconduct of staff at the Facility as I what happen to me in the event at that said time as my AFFIDAVIT of TRUTH or DC-138B Witness statement of the Fact(s) on what happen when time and to whom these date(s) are in relation to a based on what took place in the manner of staff misconduct to me as a human being.

3. What was the result, if any? They were all considered resolved by prison staff and therefore dismissed every one and dated as such or stating dismissed as lacking merit, or therefore dismissed and dated as well, considered resolved by prison staff and is, therefore dismissed. or no Further action warranted at this time, or final this grievance is dismissed for lack of supporting evidence.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
To my overstanding after one receive the third step from the Resolution Board from 4207 MSC Raleigh North Carolina [27699-4207] thus no such relief was granted in any of my filed grievance(s) or quote an alternative order for relief must be made within #90 days.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Well I had contact North Carolina Prisoner Legal Service and in all my claims they stated that they could not did me at this time see enclose letter to that nature of event(s)

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _ADISAH LACY AL-HANIFEL_
   Defendant(s) _NC DAC PRISONS_

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

   _NORTH CAROLINA INDUSTRIAL COMMISSION IC. FILE NO. TA-30713_

4. Name of Judge assigned to your case

   _Deputy Commissioner Lori A. Gaines_

5. Approximate date of filing lawsuit

   _Wedensday February 1, 2023 A.D._

6. Is the case still pending?

   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition. _Thursday May 22, 2025 A.D._

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _ORDER: Claimant shall have and recover judgment, and Defendant shall pay Claimant the judgment, in the sum of THREE HUNDRED AND 00/100 DOLLARS ($300.00)_

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? _Yes in state with the North Carolina Industrial Commission claim file #TA-30713 and the funds were embezzled from me as an misappropriatedof funds for which I was awarded thus did not obtain in full scope of the award to this day_

Page 9 of 11

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) ADISAH LACY AL-HANIF EL
   Defendant(s) NC DAC PRISONS

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number
   NORTH CAROLINA INDUSTRIAL COMMISSION # T.A-30713

4. Name of Judge assigned to your case
   Deputy Commissioner Lori A. Gaines

5. Approximate date of filing lawsuit
   Wednesday February 1, 2023 A.D.

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition    I obtain Legal NOTICE: 6-2-2025 A.D.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* Claimant shall have and recover judgment, and Defendant shall pay Claimant the judgment, in the sum of THREE HUNDRED AND 00/100 DOLLARS ($300.00).

   On Thursday May 22, 2025 A.D. ORDER matter hereby removed from the active hearing docket.

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/21/2025 A.D. ALH.

Signature of Plaintiff: by /s/ Adisah Lacy Al-Hanif El
Printed Name of Plaintiff: ADISAH LACY AL-HANIF EL
Prison Identification #: B2561268208640H / 0028242
Prison Address: 633 Old Landfill Road NC DAC 4870-ALEX CI
Taylorsville, NORTH CAROLINA; [28681-0189]
City / State / Zip Code

B. **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

Continuance of the Individuals
Defendants within this claim

12. FAUSTINA F. BROWN / 13. MICHAEL D. THOMPSON

14. JULIE J. WHITEY / 15. NICHOLAS J. KEEGAN

16. ANGELA M. DELLARIPA / 17. DAVID J. SAULS

18. WAKENDA GREENE / 19. Sgt. W. FURR

20. Sgt. B. MARSHALL CR06012 / 21. Sgt. HAYES

22. C/O MAYES / 23. C/O JAMERSON

☑ Individual capacity ☑ Official capacity all ☑ Individual capacity ☑ Official capacity

All ARE EMPLOYED WITH
NC DAC PRISONS FACILITYS OF

4870 - ALEX        4580 - ACI        3600 - SCI        3400 - ECI
Taylorsville North Carolina  Badin North Carolina  Troy North Carolina  Maury North Carolina
[28681-0187]        [28127]        [27371-8320]        [28554]

# NORTH CAROLINA PRISONER LEGAL SERVICES, INC.

Post Office Box 25397
Raleigh, North Carolina 27611
(919) 856-2200
Facsimile Transmission (919) 856-2223

**CONFIDENTIAL LEGAL MAIL**

October 14, 2025

Mr. Fredrick Bennett, OPUS#: 0028242
Alexander Correctional Institution
633 Old Landfill Rd
Taylorsville, NC 28681

NCPLS File: 23-0199803

Dear Mr. Adisah Lacy Al-Hanif El,

    Our office received your letter regarding your concerns with long-term segregation. While there is not a new law that requires DPS to let people out of solitary, there are a number of new guidelines from the federal government that apply to federal prisons and there are promising cases in other parts of the country resulting in people spending less time in solitary confinement. We have seen some improvements in this area such as DPS's updated disciplinary policy limiting the number of days an individual is housed in disciplinary segregation. We understand that you have been in long-term segregation. We are still concerned about this issue and are continuously working to address the needs of North Carolina prisoners in long-term segregation.

    We can't offer you direct help now. We encourage you to file grievances about the conditions you live in. Please also let us know if your situation changes. We hope that DPS will continue to reduce the number of people serving time in solitary as well as improve the conditions in solitary soon.

                                             Sincerely,
                                             North Carolina Prisoner Legal Services, Inc.